## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-5297** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION P(4)** |

## ENTRY OF DEFAULT

A review of the record and the docket sheet shows that defendants, Orlando Matthews, Desmond Pratt, Arthur Kaufman, Quincy Broaden, and Phil Burras ("Defendants"), have failed to file responsive pleadings within the applicable deadline. Accordingly, default is entered against Defendants, as authorized by Rule 55(a) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 8th day of January 2025.

CAROL L. MICHEL, CLERK

BY: _Courtney Ancar_
Courtney Ancar, Deputy Clerk