# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5297** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION P(4)** |

## ORDER TO SHOW CAUSE

An entry of default was entered against defendants Orlando Matthews, Desmond Pratt, Arthur Kaufman, Quincy Broaden, and Phil Burras on January 8, 2025[i]. As of this date, plaintiff's counsel has not moved for Default Judgment.

Accordingly;

**IT IS ORDERED** that on or before **JULY 23, 2025**, plaintiff's counsel shall take steps to further prosecute these claims, or show good cause, in writing, as to why these defendants should not be dismissed. Failure to comply with this Court's Order or move for default judgment will result in DISMISSAL of defendants Orlando Matthews, Desmond Pratt, Arthur Kaufman, Quincy Broaden, and Phil Burras for failure to prosecute.

New Orleans, Louisiana, this 23rd day of June 2025.

**HONORABLE DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[i] R. Doc. 102