# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## EASTERN DIVISION

| | |
|---|---|
| KENDALE GORDON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEW ORLEANS et al., <br><br> Defendants. | Case No. 2:22-cv-05297 <br><br> Section "P"(4) |

## **MOTION TO WITHDRAW THE APPEARANCE OF ROSALIND DILLON**

Plaintiff Kendale Gordon respectfully moves for leave to withdraw the appearance of Rosalind Dillon as counsel, stating in support as follows:

1. Ms. Dillon no longer works for Loevy & Loevy and will no longer be representing Mr. Gordon in this matter.

2. Other attorneys at Palazzo Law Firm and Loevy & Loevy will continue to represent Mr. Gordon.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to withdraw the appearance of Rosalind Dillon as counsel in this matter.

Dated: Sept. 2, 2025

Respectfully submitted,

KENDALE GORDON

/s/ Alison R. Leff

PALAZZO LAW FIRM
Leo J. Palazzo, T.A. (LA #22130)
Mario Arteaga, Esq. (LA #31417)
732 Behrman Hwy, Stes F & G
Gretna, LA 70056

1 Galleria Blvd., Ste 1502
Metairie, LA 70001
(504) 433-1442 (phone)

-and-

Alison R. Leff, Ill. Bar No. 6296422*
Thomas R. Kayes, Ill. Bar No. 6315461*
LOEVY + LOEVY
311 N. Aberdeen St., Floor 3
Chicago, IL 60607
(312) 243-5900 (phone)
alison@loevy.com
kayes@loevy.com
*Admitted pro hac vice*

*Counsel for Plaintiff*