# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# EASTERN DIVISION

| | |
|---|---|
| KENDALE GORDON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEW ORLEANS et al.,<br><br>　　Defendants. | Case No. 2:22-cv-05297-DJP-KWR |

## [PROPOSED] ORDER

This matter is before the court on Plaintiff's Motion to Withdraw the Appearance of Rosalind Dillon. For good cause shown, the Court HEREBY ORDERS:

1. The motion is GRANTED.

2. Rosalind E. Dillon's appearance as counsel in this case is withdrawn.

SO ORDERED this ___ day of _____, 20__

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Darrel J. Papillion
　　　　　　　　　　　　　　　　　　United States District Judge