# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5297** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: "P" (4)** |

## ORDER

Considering the foregoing Motion to Withdraw the Appearance of Rosalind Dillon (R. Doc. 108),

**IT IS ORDERED** that the Motion is **GRANTED**, and Rosalind Dillon is hereby **WITHDRAWN** as counsel of record for Plaintiff, Kendale Gordon, in the above-captioned matter.

New Orleans, Louisiana, this 5th day of September 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**