UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| KENDALE GORDON, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 2:22-cv-05297 |
| v. | ) | |
| | ) | District Judge Darrel James Papillion |
| CITY OF NEW ORLEANS, et al., | ) | Magistrate Judge Karen Wells Roby |
| Defendants. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR DAVID B. OWENS

NOW COMES Mario A. Arteaga, a member of the bar of this Court and counsel of record for Plaintiff Kendale Gordon, seeking an order permitting David B. Owens, Esq., of Loevy & Loevy, to enter his appearance for Plaintiff Kendale Gordon.

Pursuant to Local Rule 83.2.5, attached hereto as Exhibit 1 is a recent certificate of good standing for David B. Owens from the Supreme Court of the State of Washington; attached as Exhibit 2 is the declaration of David B. Owens; and attached as Exhibit 3 is the completed Consent to Electronic Filing Form.

WHEREFORE, Mario A. Arteaga respectfully requests that this Court enter an order granting David B. Owens permission to enter his pro hac vice appearance and to appear as co-counsel for Plaintiff.

Respectfully submitted,

/s/Mario A. Arteaga
Palazzo Law Firm
732 Behrman Hwy., Suite F
Gretna, LA 70056
Main: 504.433.1442
Fax: 504.433.9111
Mario@palazzolaw.com