UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDALE GORDON,<br><br>*Plaintiff,*<br><br>CITY OF NEW ORLEANS, et al.,<br><br>*Defendants.* | Civil Action No. 2:22-cv-05297<br><br>District Judge Darrel James Papillion<br>Magistrate Judge Karen Wells Roby |

### DECLARATION OF DAVID B. OWENS

I, David B. Owens, an attorney, under oath and under penalty of perjury, declare as follows:

1. I am an attorney in good standing, and licensed and admitted to practice law in the states of Washington, California, and Illinois.

2. No disciplinary proceedings or criminal charges have ever been instituted against me.

Executed on September 18, 2025 in Seattle, Washington

_____
David B. Owens

1