UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDALE GORDON, | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No. 2:22-cv-05297 |
| v. | ) |
| | ) District Judge Darrel James Papillion |
| CITY OF NEW ORLEANS, et al., | ) Magistrate Judge Karen Wells Roby |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |

## **[PROPOSED] ORDER**

Considering the foregoing *Motion for Admission Pro Hac Vice*,

**IT IS ORDERED** that attorney **David B. Owens** be enrolled as counsel of record for the above-captioned matter.

Signed in New Orleans, Louisiana, this \_\_\_ day of _____, 2025.

_____
JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA