# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5297** |
| **CITY OF NEW ORLEANS ET AL.** | **SECTION: "P" (4)** |

## ORDER

Considering Plaintiff's Motion for Admission *Pro Hac Vice* of David B. Owens (R. Doc. 111),

**IT IS ORDERED** that the Motion (R. Doc. 111) is **GRANTED**, and David B. Owens is hereby admitted pro hac vice to represent Plaintiff, Kendale Gordon, as co-counsel in the above-captioned matter.

New Orleans, Louisiana, this 19th day of September 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**