**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **V.** | **NO. 22-5297** |
| **CITY OF NEW ORLEANS, ET AL** | **SECTION: P(4)** |

**ORDER TO SHOW CAUSE**

This case was filed on December 15, 2022. A review of the record indicates that no service of the petition has been made upon defendants, Daniel McMullen, Gregory Hamilton, Lasalle Rattler, Tyrone Robinson, Nate Addison, Jason McGee, S. Richard, and A. Deshotel.

Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly,

**IT IS ORDERED** that on or before **November 10, 2025**, plaintiff shall file into the record proof of service or show good cause, in writing, why service of process has not been effected on defendants, Daniel McMullen, Gregory Hamilton, Lasalle Rattler, Tyrone Robinson, Nate Addison, Jason McGee, S. Richard, and A. Deshotel. Failure to comply with this order may result in dismissal without further notice, for failure to prosecute.

New Orleans, Louisiana, this 9th day of October 2025.

Darrel James Papillion

**HONORABLE DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**