**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KENDALE GORDON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5297** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: "P" (4)** |

**ORDER**

Before the Court is Plaintiff's Motion to Extend Expert Disclosure Deadline (R. Doc. 128). Plaintiff seeks to extend the deadlines for exchanging expert reports, and the completion of all discovery, under the Scheduling Order (R. Doc. 122) with all other deadlines remaining unchanged. The Court, having reviewed Plaintiff's proposed amendments to the Scheduling Order, finds that the dates and deadlines Plaintiff suggested remain unchanged would become unworkable if Plaintiff is granted the extensions sought.[1] Accordingly, and finding good cause pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court will grant Plaintiff's motion to extend the deadlines for exchanging expert reports, and the completion of all discovery, but the Court will also extend other deadlines in the Scheduling Order to accommodate the changes sought by Plaintiff.

**IT IS ORDERED** that Plaintiff's motion (R. Doc. 128) is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

---

[1] For example, Plaintiff has miscalculated the dispositive motion deadline. Under the Scheduling Order, "all dispositive motions . . . shall be filed in sufficient time to permit a *submission date of no later than 60 days prior to the Pretrial Conference*." R. Doc. 122 at 3 (emphasis added). The Pretrial Conference is scheduled for February 17, 2027. *Id.* at 4. The date that is 60 days prior to the Pretrial Conference is December 19, 2026. The closest submission date prior to December 19, 2026, is December 16, 2026. According to Local Rule 7.2, "motions must be filed not later than the fifteenth day preceding the date assigned for submission . . . ." Thus, any dispositive motions must be filed not later than December 1, 2026. Under Plaintiff's proposed changes, this means dispositive motions would be due before Plaintiff's rebuttal expert disclosures and before the close of discovery. The same is true for the non-dispositive motions deadline.

**IT IS FURTHER ORDERED** that certain deadlines and dates set forth in the Court's Scheduling Order (R. Doc. 122) are **EXTENDED** as follows:

- Plaintiff expert disclosures are due **no later than October 20, 2026.**
- Defendant expert disclosures are due **no later than November 20, 2026.**
- Plaintiff expert rebuttal disclosures are due **no later than December 4, 2026.**
- Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial **no later than December 4, 2026.**
- Depositions and all discovery shall be completed **no later than December 11, 2026.**
- All dispositive motions shall be **filed no later than December 15, 2026, and shall be set for submission no later than December 30, 2026.**
- All non-dispositive motions, pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony or other matters, shall be **filed no later than December 15, 2026, and shall be set for submission no later than December 30, 2026.**

**IT IS FURTHER ORDERED** that the status conference presently set for December 2, 2026, at 1:30 p.m. is hereby **RESET** to **December 14, 2026, at 1:30 p.m.**, and **CONVERTED** to a **telephone status conference**. To participate in the conference, Counsel shall call in promptly at 1:25 p.m. using phone number 571-353-2301 and Call ID 515773125.

**IT IS FURTHER ORDERED** that all other deadlines and provisions of the Court's Scheduling Order (R. Doc. 122) remain in full force and effect.

New Orleans, Louisiana, this 9th day of September 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**